**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
mrusing@rllaz.com
jsaffer@rllaz.com
sletzkus@rllaz.com
robrien@rllaz.com
Michael J. Rusing, State Bar No. 006617
Jonathan M. Saffer, State Bar No. 022004
Sarah S. Letzkus, State Bar No. 027314
Rebecca K. O'Brien, State Bar No. 021954
*Attorneys for Defendants Blessings, Inc. and David Mayorquin*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ocean Garden Products, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Blessings, Inc., an Arizona corporation; David Mayorquin, Abraham Mayorquin; and ADAB Ocean Harvest, S. De R.L. De C.V., a Mexican limited liability corporation, <br><br> Defendants. | NO.   4:18-CV-00322-TUC-RM <br> 4:19-CV-00284-TUC-FRZ <br> (Consolidated) <br><br> **NOTICE OF RULE 4.2 COVERED PARTIES** <br><br> (Assigned to Hon. Rosemary Marquez) |

**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

| | |
|---|---|
| Blessings, Inc., an Arizona corporation; | |
| Counterplaintiff, | |
| v. | |
| Ocean Garden Products, Inc., a California corporation, | |
| Counterdefendant. | |

| |
|---|
| Ocean Garden Products, Inc., |
| Plaintiff, |
| v. |
| Blessings, Inc.; David Mayorquin; Amanda Lopez Vergara; Abraham Mayorquin; Viviana Lopez; ADAB Ocean Harvest, S. De R.L. De C.V., a Mexican entity; ADAB Ocean Harvest LLC, an Arizona limited liability company; and Pacific Ocean Harvest, S. De R.L. De C.V., a Mexican entity. |
| Defendants. |

The undersigned, counsel of record for Defendants, notifies the Court that the parties listed in the attached Schedule A invoke *Lang* and are therefore covered by Rule 4.2's prohibition on *ex parte* communications. The following is a non-exclusive list of reasons:

David Mayorquin, Abraham Mayorquin, Curt Reimann, Bob Spencer, Stephen Tidwell and Erin McGinnis all were decision makers whose acts could bind the company and from time to time were advised, and received privileged advice, from Blessings' attorneys. Although Blessings denies liability, each former employee or principal, to a varying degree, was either the decision-maker or carried out the financial and contractual

2

actions that gave rise to OG's claims for breach of contract, fraud or fraudulent transfer. Curt Reimann acted as counsel to Blessings both before, during and after his tenure. In the case of Curt Reimann, Bob Spencer, Erin McGinnis and Deborah Saunders, each were also integral to the preparation of Blessings' financial documents and accounting records, upon which OG bases its claims for fraud and fraudulent transfer.

As to the balance of the employees, their acts or omissions gave rise (or in this case may have given rise) to the underlying litigation. Each was involved or supervised (as indicated) in the management of the production and quality of shrimp, upon which OG bases certain of its claims or defenses (as set forth in its papers and in the Order) and may have been involved in are potentially responsible for the alleged contamination or alleged defects in the Trader Joe's shrimp. OG's claims for breach of contract for the 18 unpaid invoices in 2018 directly arise from Trader Joe's rejection and refusal to accept shrimp it alleged failed to meet certain quality and ingredient specifications. Furthermore, Blessings' has based its defense of failure of mitigation on OG's failure to re-sell shrimp originally processed for Trader Joes. To the extent OG alleges the shrimp was defective and therefore not marketable or not saleable at full price, Blessings' processes and any alleged defect therein may be implicated and therefore arises from the acts or omissions of these former employees.

DATED this 10th day of January, 2020.

RUSING LOPEZ & LIZARDI, P.L.L.C.

*s/Jonathan M. Saffer*
Michael J. Rusing
Jonathan M. Saffer
Sarah S. Letzkus
Rebecca K. O'Brien
Attorneys for Defendants Blessings, Inc. and David Mayorquin

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I caused the attached document to be electronically transmitted to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

David M. Mannion
BLAKELEY LLP
18500 Von Karman Ave., Ste. 530
Irvine, CA 92612
DMannion@BlakeleyLLP.com
*Attorneys for Plaintiff/Counterclaim-Defendant Ocean Garden Products, Inc.*

Javier Alatorre
BENAVIDEZ LAW GROUP, P.C.
7400 N. Oracle Road, Ste. 143
Tucson, AZ 85704
jalatorre@benavidezlaw.com
*Attorney for Pacific Ocean Harvest, S. de R.L. de C.V.*

Drue Morgan-Birch
D.B. Udall
UDALL LAW FIRM, LLP
4801 E. Broadway Blvd., Ste. 400
Tucson, AZ 85711
DMorganBirch@UdallLaw.com
*Attorneys for Defendant Amanda Lopez Vergara*

Corey B. Larson
WATERFALL ECONOMIDIS CALDWELL HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Ste. 800
Tucson, AZ 85711
clarson@waterfallattorneys.com
*Attorneys for Defendants Abraham Mayorquin, Viviana Lopez, and ADAB Ocean Harvest, LLC*

William G. Klain
George H. King
Zachary W. Rosenberg
LAND & KLAIN, P.C.
6730 N. Scottsdale Road, Ste. 101

4

Scottsdale, AZ  85253
filing@lang-klain.com
*Co-counsel for Defendant Blessings, Inc.*

By: *s/Joan Harris*