# SCHEDULE A

| Title | Name |
|---|---|
| President | MAYORQUIN, DAVID |
| Vice-President | MAYOROUIN, ABRAHAM |
| CEO | REIMANN, CURT |
| CFO | SPENCER, ROBERT |
| Controller | MCGINNIS, ERIN |
| Controller | SAUNDERS, DEBORAH |
| Director of Quality | HYRE, MICHAEL |
| Quality Manager | SAAVEDRA, FRANCISCO |
| Quality Control | SAHAGUN, JUAN |
| Quality Control | SAHAGUN, ROSAURA |
| Quality Control | TORRES, MARTHA |
| Seafood Manager | TIDWELL, STEPHEN |
| Manager of Quality & Production (Nogales) | VILLARREAL, CELESTINO |
| Supervisor of Quality | CASTRO, JAIME |
| Supervisor of Quality & Production | LOPEZ, VICTOR |